UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
UNITED STATES OF AMERICA,

        - against -

KEMAR BONITTO,

                    Defendant.
---------------------------------------------------------x

**RESCHEDULING ORDER**

24 CR 154-5 (ER)

RAMOS, D.J.:

    Upon the request of counsel for Bonitto, the bail review hearing previously scheduled for October 31, 2024, is hereby rescheduled for **November 6, 2024, at 2 p.m.**

    SO ORDERED.

Dated:  New York, New York
          October 31, 2024

                                                    Edgardo Ramos, U.S.D.J.